No. 11–297. BAUMANN *v.* FINISH LINE, INC. C. A. 7th Cir. Certiorari denied.

No. 11–311. E. R. G. ET AL. *v.* E. H. G. ET AL. Sup. Ct. Ala. Certiorari denied.

No. 11–430. BOGAN *v.* CITY OF CHICAGO, ILLINOIS, ET AL. C. A. 7th Cir. Certiorari denied.

No. 11–491. FLORIDA *v.* ISAAC. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 11–529. DONAHEE *v.* MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 11–539. PENINSULA SCHOOL DISTRICT ET AL. *v.* PAYNE, INDIVIDUALLY AND AS GUARDIAN ON BEHALF OF D. P., A MINOR CHILD. C. A. 9th Cir. Certiorari denied.

No. 11–543. PHILLIS *v.* HARRISBURG SCHOOL DISTRICT ET AL. C. A. 3d Cir. Certiorari denied.

No. 11–548. SUN TOURS, INC., DBA HOBBIT TRAVEL, ET AL. *v.* ITALIA FOODS, INC. Sup. Ct. Ill. Certiorari denied.

No. 11–549. HYNIX SEMICONDUCTOR INC. ET AL. *v.* RAMBUS INC. C. A. Fed. Cir. Certiorari denied.

No. 11–562. STERN *v.* STERN. C. A. 8th Cir. Certiorari denied.

No. 11–566. MARTINEZ *v.* CALDWELL, ATTORNEY GENERAL OF LOUISIANA, ET AL. C. A. 5th Cir. Certiorari denied.

No. 11–570. BLUE GORDON, C. V. *v.* QUICKSILVER JET SALES, INC. C. A. 5th Cir. Certiorari denied.

No. 11–577. COVELL ET UX., PLENARY GUARDIANS OF COVELL *v.* BELL SPORTS, INC., ET AL. C. A. 3d Cir. Certiorari denied.